UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES :

v. : S1 1:14-cr-00272-JSR

ANTHONY ALLEN, :

       Defendant. :

---

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Anthony Allen, having been fully informed by my attorneys, Michael Schachter and Peter Burrell (UK counsel), of my rights under the extradition treaty in force between the United States and the United Kingdom do hereby waive any and all such rights only with respect to the charges set forth in Indictment No. S1 1:14-cr-00272-JSR, entitled <u>United States</u> v. <u>Anthony Allen</u>, and I am willing to voluntarily surrender to United States authorities to answer the charges set forth in that Indictment.

My attorneys, with whose services I am satisfied, have explained to me the terms of the extradition treaty in force between the United States and the United Kingdom, the applicable sections of Title 18, United States Code, and Indictment S1 1:14-cr-00272-JSR filed in the Southern District of New York. I understand that I would be entitled to proceedings and/or hearings in the United Kingdom to challenge an extradition request by the United States. I concede that I am the individual against whom charges are pending in S1 1:14-cr-00272-JSR and

Dated this day 20th of March, 2015.

_____
Anthony Allen

_____
Michael Schachter
Attorney for Anthony Allen

- 4 -

I hereby certify that on this 20th day of March, 2015, Anthony Allen personally appeared before me and made his oath in due form of law that the statements herein are true.

_____
Jed S. Rakoff
United States District Judge, SDNY