UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | S4:14-cr-00272-JSR |
| | : | |
| | : | |
| ANTHONY ALLEN, et al | : | |
| | : | |
| Defendants. | : | |
| | : | |

**GOVERNMENT'S MOTION TO INTRODUCE EVIDENCE
TO PROVE RABOBANK WAS AN AFFECTED FINANCIAL
<u>INSTITUTION WITH THE MEANING OF 18 U.S.C. §§ 20 and 3293(2)</u>**

ANDREW WEISSMANN
Chief, Fraud Section

CAROL SIPPERLY
Senior Litigation Counsel
BRIAN R. YOUNG
Senior Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Ave., N.W.
Washington, D.C. 20005
(202) 616-3114

JEFFREY D. MARTINO
Chief, New York Office

MICHAEL T. KOENIG
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W.
Washington, D.C. 20001
(202) 616-2165

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | S4:14-cr-00272-JSR |
| | : | |
| ANTHONY ALLEN, et al | : | |
| Defendants. | : | |

**GOVERNMENT'S MOTION TO INTRODUCE EVIDENCE
TO PROVE RABOBANK WAS AN AFFECTED FINANCIAL
INSTITUTION WITH THE MEANING OF 18 U.S.C. §§ 20 and 3293(2)**

Pursuant to the government's application in open Court on October 14, 2015, the government hereby moves to introduce evidence to prove Rabobank was an affected financial institution within the meaning of 18 U.S.C. §§ 20 and 3293(2). A supporting memorandum is being filed simultaneously.

Dated: New York, New York
       October 14, 2015

| | |
|---|---|
| ANDREW WEISSMANN | JEFFREY D. MARTINO |
| Chief, Fraud Section | Chief, New York Office |
| | |
| /s Brian R. Young | /s Michael T. Koenig |
| CAROL SIPPERLY | MICHAEL T. KOENIG |
| Senior Litigation Counsel | Trial Attorney |
| BRIAN R. YOUNG | U.S. Department of Justice |
| Senior Trial Attorney | Antitrust Division |
| U.S. Department of Justice | 450 5th Street, N.W. |
| Criminal Division | Washington, D.C. 20001 |
| 1400 New York Ave., N.W. | (202) 616-2165 |
| Washington, D.C. 20005 | |
| (202) 616-3114 | |