UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
            -v-                   :       S4 14 Cr. 272 (JSR)
                                  :
ANTHONY ALLEN,                    :       JURY VERDICT
ANTHONY CONTI,                    :
PAUL THOMPSON, and                :
TETSUYA MOTOMURA,                 :
                                  :
                                  :
            Defendants.           :
------------------------------------------------------x

## I. ANTHONY ALLEN

1. On Count One, the charge of conspiracy to commit wire fraud and bank fraud, we the jury find Anthony Allen:

    Guilty  ✓      Not Guilty _____

2. On Count Two, the charge of wire fraud involving a transmission dated June 18, 2007, we the jury find Anthony Allen:

    Guilty  ✓      Not Guilty _____

3. On Count Three, the charge of wire fraud involving a transmission dated March 28, 2008, we the jury find Anthony Allen:

    Guilty  ✓      Not Guilty _____

4. On Count Four, the charge of wire fraud involving a transmission dated April 28, 2008, we the jury find Anthony Allen:

    Guilty  ✓      Not Guilty _____

5. On Count Five, the charge of wire fraud involving a transmission dated May 26, 2008, we the jury find Anthony Allen:

    Guilty  ✓      Not Guilty _____

6. On Count Six, the charge of wire fraud involving a transmission dated March 19, 2008, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

7. On Count Seven, the charge of wire fraud involving a transmission dated September 5, 2005, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

8. On Count Eight, the charge of wire fraud involving a transmission dated September 6, 2005, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

9. On Count Nine, the charge of wire fraud involving a transmission dated May 10, 2006, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

10. On Count Ten, the charge of wire fraud involving a transmission dated October 31, 2006, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

11. On Count Eleven, the charge of wire fraud involving a transmission dated November 9, 2006, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

12. On Count Twelve, the charge of wire fraud involving a transmission dated December 18, 2006, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

13. On Count Thirteen, the charge of wire fraud involving a transmission dated April 10, 2007, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

14. On Count Fourteen, the charge of wire fraud involving a transmission dated August 9, 2007, we the jury find Anthony Allen:

Guilty ✓   Not Guilty _____

15. On Count Fifteen, the charge of wire fraud involving a transmission dated September 19, 2007, we the jury find Anthony Allen:

Guilty ✓        Not Guilty _____

16. On Count Sixteen, the charge of wire fraud involving a transmission dated October 17, 2007, we the jury find Anthony Allen:

Guilty ✓        Not Guilty _____

17. On Count Seventeen, the charge of wire fraud involving a transmission dated October 30, 2007, we the jury find Anthony Allen:

Guilty ✓        Not Guilty _____

18. On Count Eighteen, the charge of wire fraud involving a transmission dated July 24, 2008, we the jury find Anthony Allen:

Guilty ✓        Not Guilty _____

19. On Count Nineteen, the charge of wire fraud involving a transmission dated July 10, 2008, we the jury find Anthony Allen:

Guilty ✓        Not Guilty _____

## II. ANTHONY CONTI

20. On Count One, the charge of conspiracy to commit wire fraud and bank fraud, we the jury find Anthony Conti:

Guilty ✓        Not Guilty _____

21. On Count Four, the charge of wire fraud involving a transmission dated April 28, 2008, we the jury find Anthony Conti:

Guilty ✓        Not Guilty _____

22. On Count Seven, the charge of wire fraud involving a transmission dated September 5, 2005, we the jury find Anthony Conti:

Guilty ✓        Not Guilty _____

23. On Count Eight, the charge of wire fraud involving a transmission dated September 6, 2005, we the jury find Anthony Conti:

Guilty ✓          Not Guilty _____

24. On Count Ten, the charge of wire fraud involving a transmission dated October 31, 2006, we the jury find Anthony Conti:

Guilty ✓          Not Guilty _____

25. On Count Thirteen, the charge of wire fraud involving a transmission dated April 10, 2007, we the jury find Anthony Conti:

Guilty ✓          Not Guilty _____

26. On Count Fourteen, the charge of wire fraud involving a transmission dated August 9, 2007, we the jury find Anthony Conti:

Guilty ✓          Not Guilty _____

27. On Count Fifteen, the charge of wire fraud involving a transmission dated September 19, 2007, we the jury find Anthony Conti:

Guilty ✓          Not Guilty _____

28. On Count Sixteen, the charge of wire fraud involving a transmission dated October 17, 2007, we the jury find Anthony Conti:

Guilty ✓          Not Guilty _____

Juror #1 *Matthew Eckel*

FOREPERSON

Date: 11/05/15

4