UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) )  ) |
| v. | ) ) |
| ANTHONY ALLEN, *et al.*, | ) ) ) |
| *Defendants.* | ) ) |

Case No. 14-CR-272 (JSR)

### NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber with 21 days from the filing of the transcript with the Clerk of Court.

Dated: November 23, 2015

MICHAEL T. KOENIG
Trial Attorney
Antitrust Division
United States Department of Justice