UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
:
: Case No. S4 14-CR-272 (JSR)
:
: ECF Case
:
UNITED STATES OF AMERICA,            : **NOTICE OF DEFENDANTS'**
: **MOTION TO COMPEL**
v.                                   : **FURTHER KASTIGAR**
: **DISCOVERY**
ANTHONY ALLEN,                       :
PAUL THOMPSON,                       :
TETSUYA MOTOMURA, and                :
ANTHONY CONTI,                       :
:
Defendants.                    :
:
:
:
------------------------------------- X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and the Exhibits thereto, Defendants Anthony Allen and Anthony Conti, by their attorneys, shall move before the Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, seeking an Order compelling further *Kastigar* discovery:

- Opposition papers, if any, are to be served on or before Tuesday, December 29, 2015.  No reply papers shall be submitted.

Dated: New York, New York
December 21, 2015

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
    Michael Schachter
    Casey E. Donnelly
    787 Seventh Avenue
    New York, New York   10019-6099
    Phone:  (212) 728-8000
    Email:  mschachter@willkie.com

*Attorneys for Defendant Anthony Allen*

**TOR EKELAND, P.C.**

By:  /s/ Tor Ekeland
    (electronic signature w/permission)
    Tor Ekeland
    Aaron Williamson
    195 Plymouth Street, 5th Floor
    Brooklyn, New York 11201-1133
    Phone: (718) 737-7264
    Email: tor@torekeland.com

*Attorneys for Defendant Anthony Conti*

To:

Brittain Shaw
Charles La Bella
U.S. Department of Justice, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005